In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-04-161 CR


____________________



ROBIN LARAE KARR, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the 359th District Court


Montgomery County, Texas


Trial Cause No. 03-09-06784-CR






MEMORANDUM OPINION (1)


 We have before the Court a motion from the appellant, Robin Larae Karr, to
withdraw this appeal pursuant to Tex. R. App. P. 42.2 because the trial court granted a
motion for new trial while the trial court retained its plenary power. The motion is signed
by appellant personally and filed by the attorney of record. No opinion has issued in this
appeal.

 The motion is GRANTED and the appeal is therefore DISMISSED.

 PER CURIAM


Opinion Delivered July 1, 2004

Do Not Publish

Before McKeithen, C.J., Burgess and Gaultney, JJ.
1. Tex. R. App. P. 47.4.